IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDDIE CARSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 3:15-CV-1032-K |
| | § | |
| JOSE ROJAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

Signed August 20th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE